UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR11-00590 LHK |
| ) | |
| Plaintiff, ) | [~~Proposed~~] ORDER RESCHEDULING DATE |
| ) | FOR ENTRY OF GUILTY PLEA, AND |
| vs. ) | EXCLUSION OF TIME. |
| ) | |
| HUGO MORA, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the annexed stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the previously set date for the next appearance of this case, June 27, 2012, is hereby vacated and rescheduled to July 11, 2012, at 9:00 a.m.; and IT IS FURTHER ORDERED that the time from June 27, 2012 through and including July 11, 2012 is excluded *per* 18 U.S.C. §3161(h)(7)(A) and (B)(iv). The Court finds the ends of justice

1

served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. The reason for the finding is that failure to grant the continuance would deny the defendant continuity of counsel, taking into account the exercise of due diligence, per 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

The matter is continued to July 11, 2012, at 9:00 a.m., for entry of guilty plea.

SO ORDERED.

DATED: 6/12/12

_____
LUCY H. KOH
United States District Judge